# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

July 17, 2023

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 07/18/2023
Extension is granted until July 31, 2023.

**Via ECF**

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Almanzar v. Silver Star Properties Corp.</u>
Case No. 23-CV-00819 (VSB)(GWG)
**Motion for Extension of Time**

Dear Judge Broderick:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the July 17, 2023 deadline for Plaintiff to file a motion for settlement approval to July 31, 2023. This request is being made because some additional time is needed for the parties to finalize the settlement papers. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc:**     **Defense Counsel via ECF**

1