# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 08/03/2023
Extension is granted until August 8, 2023.

August 1, 2023

**Via ECF**

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Almanzar v. Silver Star Properties Corp.</u>
Case No. 23-CV-00819 (VSB)(GWG)
**Motion for Extension of Time**

Dear Judge Broderick:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the August 1, 2023 deadline for Plaintiff to file a motion for settlement approval to August 8, 2023. This request is being made because some additional time is needed for the parties to finalize the settlement papers. We are close to resolving the remaining issues in the settlement agreement and are waiting to hear back from defense counsel. One prior request for an extension of this deadline was made and granted.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:    Defense Counsel via ECF**

1