# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

August 17, 2023

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 08/21/2023
Extension is granted until August 24, 2023.

**Via ECF**

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Almanzar v. Silver Star Properties Corp.</u>
Case No. 23-CV-00819 (VSB)(GWG)
**Motion for Extension of Time**

Dear Judge Broderick:

  My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief extension of the deadline for Plaintiff to file a motion for settlement approval to August 24, 2023. This request is being made because some additional time is needed for the parties to finalize the settlement papers and arrange for signatures. Since the last request, we have been able to communicate with defense counsel and have made progress on the settlement agreement. We do not anticipate the need for any further extensions. Three prior requests for an extension of this deadline were made and granted.

  The parties have also filed a consent to Magistrate-Judge jurisdiction. (See ECF No. 21).

  We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

cc:  **Defense Counsel via ECF**

1