# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

August 24, 2023

**Via ECF**

Hon. Gabriel W. Gorenstein, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

**MEMORANDUM ENDORSED**

<p align="center"><u>Re: Almanzar v. Silver Star Properties Corp.</u><br>
Case No. 23-CV-00819 (GWG)<br>
Motion for Extension of Time</p>

Dear Magistrate-Judge Gorenstein:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the deadline for Plaintiff to file a motion for settlement approval to October 7, 2023. This request is being made because some additional time is needed for the parties to finalize the settlement papers and arrange for signatures. We were able to hear from defense counsel but once again communications have slowed, and we are currently waiting to hear back from the defense to resolve some last-minute issues. Four prior requests for an extension of this deadline were made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:** Defense Counsel via ECF

Extension to October 7, 2023, granted.

SO ORDERED.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 25, 2023